**Frank J. BLISARD, Administrator of the Estate of James M. Hoffner, Jr., Deceased**

v.

**Jacob VARGO, Appellant.**

**No. 13381.**

United States Court of Appeals
Third Circuit.

Argued Jan. 13, 1961.

Decided Jan. 23, 1961.

Ralph S. Croskey, Philadelphia, Pa., for appellant.

Marshall A. Bernstein, Philadelphia, Pa. (Bernstein & Bernstein, Philadelphia, Pa., on the brief), for appellee.

Before GOODRICH, McLAUGHLIN and FORMAN, Circuit Judges.

PER CURIAM.

The defendant in this case has against it verdict and judgment for $50,000 under the survival statute of Pennsylvania, 20 P.S. § 320.601 et seq. The plaintiff is administrator of the estate of an eight and one-half year old boy who was instantly killed when run over by the defendant's automobile. Defendant's negligence is not now in issue; his appeal is based upon the size of the jury's verdict.

There was evidence before the jury that the boy was both bright and steady. There was evidence of a good and increasing income earned by his father, plus a future opportunity for the boy in a family business.

The amount awarded is liberal. The trial judge, on whom rests the primary responsibility in such a case, stated that "the verdict was supported by the evidence and was within the limits in which the jury might properly exercise its fact-finding function." [185 F.Supp. 75].

Our authority in such a case is a very limited one. We find no abuse of discretion by the trial judge. The judgment will be affirmed.